IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIO O. VALLE, | ) | No. C 12-05043 EJD (PR) |
| Plaintiff, | ) ) | ORDER ADMINISTRATIVELY CLOSING CASE |
| vs. | ) ) ) | |
| SAN FRANCISCO COUNTY JAIL, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 which was opened under Case No. 12-01343 EJD (PR), on March 16, 2012. Thereafter, Plaintiff filed a complaint which was construed as filing a new action under the instant case file, Case No. 12-05043 EJD (PR). Because the instant case was opened in the error, the case shall be administratively closed.

The Clerk shall file the complaint filed by Plaintiff in the instant action into Case No. 12-01343 EJD (PR), as an AMENDED COMPLAINT, terminate any pending motions, and administratively close this action.

DATED: 10/10/2012

EDWARD J. DAVILA
United States District Judge

Order Administratively Closing Case
05043Valle_admin close.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JULIO O. VALLE,

        Plaintiff,

v.

SAN FRANCISCO COUNTY JAIL,

        Defendant.

Case Number: CV12-05043 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/10/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julio O Valle 11683660
850 Bryant St. - CJ4
San Francisco, CA 94103

Dated: 10/10/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk